UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Linda Vandeusen, Advocates for Disabled Americans (AFDA), | ) ) ) | **C/A No. 6:06-2385-GRA-BHH** |
| Plaintiffs, | ) | |
| v. | ) ) | **Order** |
| La Quinta Inns, Inc., d/b/a La Quinta Inn, | ) ) | (Written Opinion) |
| Defendant | ) ) ) | |

Upon consideration of the stipulation of partial dismissal with prejudice, the Court orders the following:

That plaintiff's claims asserted in count two of the complaint be DISMISSED WITH PREJUDICE;

That plaintiff's state law claims and claims of emotional distress asserted in counts one and three are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

January 16, 2007
Anderson, South Carolina

1